UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN R. BOWMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CV-01484-NCC |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment is entered for Kilolo Kijakazi, Acting Commissioner of Social Security, and against Plaintiff Brian R. Bowman, and that Plaintiff's Complaint is **DISMISSED, with prejudice.**

Dated this 15th day of March, 2023.

                                            /s/ Noelle C. Collins
                                            NOELLE C. COLLINS
                                            UNITED STATES MAGISTRATE JUDGE